FROERER AHLSTROM, PLLC
**Zane S. Froerer (#10807)**
2610 Washington Blvd.
Ogden, Utah 84401
Telephone: 801-389-1533
Zane.Froerer@froererlaw.com

Attorneys for *Plaintiff*s

## UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH

## NORTHERN DIVISION

| | | |
|---|---|---|
| TRACY REGAN, DENNIS REGAN, and TRENT REGAN, | * * * * | ORDER ON JOINT MOTION TO DISMISS |
| Plaintiffs, | * | |
| vs. | * | Case No. 1:11-CV-00110 TS |
| EAST BENCH MANAGEMENT, INC., and, THAINE FISCHER | * * * | |
| Defendants. | * | |

## ORDER ON JOINT MOTION TO DISMISS

IT IS HEREBY ORDERED that pursuant to the Joint Motion to Dismiss submitted by the parties, this Court does hereby dismiss the above captioned case with prejudice and each party to bear their own attorneys fees and costs.

Dated this 16th day of November, 2012.

BY THE COURT:

_____
TED STEWART
United States District Judge
